

CERTIFIED MAIL®

7022 1670 0001 7557 3515

SHREVEPORT LA 710
TUE 25 JUN 2024 PM

Hector Ruiz ANGULO
73646-018
FCII Oakdale
P.O. Box 5010
Oakdale LA 71463

Sam M. Gibbons united states courthouse
801 North Florida Avenue, 2nd floor
Tampa FL 33602

Screened by USMS

